UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARKEL AMERICAN INSURANCE
COMPANY,

                              Plaintiff,                    **ORDER**

            -against-                                       20 Civ. 3279 (JCM)

CLEARSTREAM SYSTEMS, LLC, *et al.*,

                              Defendants.
-----------------------------------------------------------------X

On October 5, 2021, the parties informed the Court that have reached a settlement in the

above-captioned matter. (Docket No. 38). Therefore, it is hereby

ORDERED, that this action be and hereby is discontinued with prejudice but without costs

to any party; provided, however, that if settlement is not consummated within thirty (30) days of

the date of this order, plaintiff may apply by letter within the thirty-day period for restoration of

the action to the calendar of the undersigned, in which event the action will be restored.

To be clear, any application to reopen must be filed within thirty (30) days of this Order;

any application to reopen filed thereafter may be denied solely on that basis.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to the

Court within thirty (30) days with a request that the agreement be "So Ordered" by the Court.

Dated:  October 12, 2021
        White Plains, New York

                                        **SO ORDERED:**

                                        _Judith C. McCarthy_
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge